UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 07-14045-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

           Plaintiff,

vs.

RENWICK BEACHUM,

           Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Order of Reference
from District Court to conduct a Change of Plea before a
Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch,
on July 27,2007.   A Report and Recommendation was filed on July
31,2007, recommending that the Defendant's plea of guilty be
accepted. The Defendant and the Government were afforded the
opportunity to file objections to the Report and Recommendation,
however none were filed. The Court has conducted a de novo review
of the entire file. Accordingly, it is

           **ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate
Judge Frank J. Lynch, is hereby **Adopted and Approved** in its
entirety. The Defendant is adjudged guilty to the sole Count of
the Indictment which charges the Defendant with possession
with intent to distribute over five (5) grams of a mixture or
substance containing a detectable amount of cocaine base,
commonly known as crack cocaine, in violation of Title 18, United
States Code, Section 841(a)(1).

**DONE AND ORDERED** in Chambers at Miami, Florida, this_____

day of August, 2007.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE


Copied: Hon. Magistrate Lynch
        All Counsel Of Record
        U.S.Probation Office